**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
 Plaintiff,

v. Case No.: 1:25−cr−00639
 Honorable Heather K. McShain

Jamie Hernandez
 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

 MINUTE entry before the Honorable Heather K. McShain: Continued detention hearing held on 10/08/2025. The Government and Defendant agree on certain conditions of release. The Government's oral motion for pretrial detention is denied as moot. Defendant released on a $4,500 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant shall be released after processing. At Defendant's request, preliminary examination is stricken, and defense counsel is to contact Chambers (by email to Chambers_McShain@ilnd.uscourts.gov) requesting a preliminary examination. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.