**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                      Case No.: 1:25−cr−00639
                                                        Honorable Heather K. McShain

Jamie Hernandez
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

   MINUTE entry before the Honorable Heather K. McShain: Arraignment proceedings held on 11/12/2025. Defendant informed of additional rights. Defendant informed of the charge against him in the Information and the maximum possible sentence/fine if convicted of the charge. Defendant acknowledged receipt of the Information; waived formal reading of Information; and, entered a plea of not guilty to the Information. Rule 16.1 (a) by 11/19/2025. In−person status hearing set for 12/02/2025 at 1:30 p.m. in Courtroom 1025. Defendant to advise if he consents to proceed before a Magistrate Judge in a Misdemeanor Case at the status hearing on 12/02/2025. To participate in the telephonic status hearing, the dial−in number is 650−479−3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. The Government's unopposed oral motion to exclude time is granted. The time from 11/12/2025 through 12/02/2025 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Order Setting Conditions of Release [12] is modified to include the addition of paragraphs 7(l) "not use alcohol at all" and 7(n) if required by Pretrial Services. Defendant updated a new address to Pretrial Services, to update paragraph 6 of the Order Setting Conditions of Release [12]. All other conditions of the Order Setting Conditions of Release [12] remain in place. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.