# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                            Case No.: 1:25−cr−00639
                                                              Honorable Heather K. McShain

Jamie Hernandez

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Heather K. McShain: In response to email from Pretrial Services on 11/13/2025, copying the Government and defense counsel, Order Setting Conditions of Release [[12], [19]] is modified to include the addition of paragraph 7(o) and paragraph 7(n) is removed as it was entered in error following the hearing on 11/12/2025. All other conditions of the Order Setting Conditions of Release [[12], [19]] remain in place. Due to a clerical error, the Minute Order entered at [20] is to be removed from the docket. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.