# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:25−cr−00639
                                                         Honorable Heather K. McShain

Jamie Hernandez

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

    MINUTE entry before the Honorable Heather K. McShain: On the Court's own motion, in−person status hearing set for 12/02/2025 at 1:30 p.m. is reset to 12/02/2025 at 1:45 p.m. (TIME CHANGE ONLY) in Courtroom 1025. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.