**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.   Case No.: 1:25−cr−00639
Honorable Heather K. McShain

Jamie Hernandez

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

MINUTE entry before the Honorable Heather K. McShain: Telephonic status hearing held on 12/02/2025. Parties request another telephonic status hearing to allow time to further explore plea negotiations. Defendant consents to proceed before the Magistrate Judge in the Misdemeanor Case. Telephonic status hearing is set for 12/23/2025 at 8:30 a.m. To participate in the telephonic status hearing, the dial−in number is 650−479−3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.