# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                               Case No.: 1:25−cr−00639
                                                               Honorable Heather K. McShain

Jamie Hernandez

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Government's unopposed motion (communicated via email to chambers dated 12/19/2025) to reset telephonic status hearing is granted. Telephonic status hearing set for 12/23/2025 [23] is stricken and reset to 01/07/2026 at 9:00 a.m. Dial−in information remains the same. The time from 12/19/2025 through 01/07/2026 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to further discussions to resolve the case short of trial. Such delay outweighs the interests of the public and the defendant in a speedy trial. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.