**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA
                                 Plaintiff,

v.                                                   Case No.: 1:25–cr–00639
                                                        Honorable Heather K. McShain

Jamie Hernandez
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 22, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the Pretrial Violation Report [26], which seeks additional conditions be added to the Order Setting Conditions of Release [12]. The report indicates that Defendant Hernandez is in Cook County Custody and it is unclear when he will be released. The Court intends to address the Violation Report [26] and Pretrial's recommendation at the telephonic status hearing on 01/07/2026 [25]. If anything changes as to Mr. Hernandez's custodial status such that he is released and these proposed conditions need to be addressed sooner, Pretrial is directed to contact Magistrate Judge McShain's chambers. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.